IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMAD ABEDI,

    Petitioner,               No. CIV S-10-3184 DAD P

    vs.

GROUNDS, Warden,

    Respondent.         ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis. On March 17, 2011, the court issued findings and recommendations, recommending petitioner's first amended petition be dismissed as barred by the applicable statute of limitations. Petitioner has filed objections to the findings and recommendations. Therein, he argues that he is entitled to equitable tolling of the statute of limitations. In the interest of justice, the court will vacate its findings and recommendations and allow the case to proceed in accordance with this order.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The court's March 17, 2011 findings and recommendations are vacated;

/////

1    2. Respondent is directed to file a response to petitioner's amended petition
2 within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An
3 answer shall be accompanied by all transcripts and other documents relevant to the issues
4 presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;
5    3. If the response to the habeas petition is an answer, petitioner's reply, if any,
6 shall be filed and served within thirty days after service of the answer;
7    4. If the response to the habeas petition is a motion, petitioner's opposition or
8 statement of non-opposition to the motion shall be filed and served within thirty days after
9 service of the motion, and respondent's reply, if any, shall be filed and served within fourteen
10 days thereafter; and
11    5. The Clerk of the Court shall serve a copy of this order, a copy of the amended
12 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a copy of the form regarding
13 consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney
14 General.
15 DATED: April 27, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
abed3184.100

2